UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JALAAN ALEXANDER MAJORS,

      Plaintiff,

      v.                        Case No. 20-C-1007

DYLON RADTKE,
MICHELLE HAESE, and
MARY TALLIER,

      Defendants.

## ORDER

Plaintiff Jalaan Alexander Majors, who is currently representing himself, filed this action pursuant to 42 U.S.C. § 1983, alleging that his civil rights were violated. On August 11, 2020, the court dismissed Plaintiff's complaint for failing to state a claim upon which relief can be granted and directed Plaintiff to file an amended complaint curing the defects in the original. On August 14, 2020, Plaintiff filed an amended complaint. The court screened Plaintiff's amended complaint on August 20, 2020, and allowed Plaintiff to proceed on his conditions of confinement claim against Defendants. Dkt. No. 15. The court ordered Defendants Dylon Radtke, Michelle Haese, and Mary Tallier to file a responsive pleading to the amended complaint within sixty days of receiving electronic notice of the order, pursuant to the court's Memorandum of Understanding with the Wisconsin Department of Justice. *Id.* at 5.

This matter comes before the court on Plaintiff's motions for default judgment on the ground that Defendants failed to file a timely answer. Defendants filed their answer on October

19, 2020, which is within the 60-day deadline set in the court's screening order.  Accordingly, Plaintiff's motions for default judgment (Dkt. No. 25, 27) are **DENIED**.

**SO ORDERED** at Green Bay, Wisconsin this 22nd day of October, 2020.

s/ William C. Griesbach
William C. Griesbach
United States District Judge